IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                         CHAPTER 13 CASE
                                                           NO. 10-30644-DHW

**ROYCE DEWAYNE TOLBERT, SR.**

      **Debtor.**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Curtis C. Reding, Standing Chapter 13 Trustee in the above-referenced case, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor's plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on March 15, 2010.

2. The debtor's §341 Meeting of Creditors was held April 29, 2010.

3. Confirmation hearing is scheduled for May 24, 2010.

4. Debtor was advised that the State of Alabama filed secured claims. The debtor was to make provisions for the secured claims or object to the claims.

5. As of this date, no amendments have been filed.

WHEREFORE, the above premises considered, the Trustee prays that this Honorable Court will deny confirmation of the debtor's plan.

Respectfully submitted this 17th day of May, 2010.

                                                     /s/   Curtis C. Reding
                                                     Curtis C. Reding
                                                     Standing Chapter 13 Trustee
                                                     ASB #5585-G64C

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
Email: redingc@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, Curtis C. Reding, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 17th day of May, 2010.

                         /s/ Curtis C. Reding
                         Curtis C. Reding

Royce Dewayne Tolbert, Sr.
787 Farmstead Rd
Greenville, AL 36037

Richard D. Shinbaum, Esq. (via electronic filing)