# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 10-30644 |
| Royce Dewayne Tolbert, Sr. | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## Objection to Claim No. 5
## Of Creditor ALABAMA DEPT OF REVENUE

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of ALABAMA DEPT OF REVENUE and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on March 15, 2010.

2. The Creditor Alabama Department of Revenue filed a claim asserting an unsecured claim of $3,141.10 and a priority claim of $12,690.88 for a total claim of $15,831.98.

3. The claim as filed is filed improperly as it claims a priority status but is based upon tax debt which is over 7 years old. The creditor has not proven these taxes would be priority claims under §508 of the Bankruptcy Code.

WHEREFORE premises considered, the Debtor asks this Court to reclassify the debt as an unsecured debt entirely and to disallow any priority claim unless the creditor can prove the reason for the priority status.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day May 19, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
STATE OF ALABAMA
DEPARTMENT OF REVENUE
P.O. BOX 320001
MONTGOMERY, AL 36132