UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 10–30644
 Chapter 13
Royce Dewayne Tolbert

    Debtor

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *State of Alabama Department of Revenue (Claim #5)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 22nd day of June, 2010.

    /s/ Dwight H. Williams Jr.
    United States Bankruptcy Judge