IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | § | |
| ROYCE DEWAYNE TOLBERT, | § | CASE NO. 10-30644 |
| | | CHAPTER 13 |
| Debtor. | § | |

**STATE OF ALABAMA DEPARTMENT OF REVENUE'S MOTION
TO AMEND ORDER SUSTAINING OBJECTION TO CLAIM NO. 5**

The State of Alabama Department of Revenue ("ADOR"), pursuant to Bankruptcy Rules 8002, 9023 and 9024, moves the Court to amend its June 22, 2010 Order sustaining the Debtor's, Royce Dewayne Tolbert, objection to the priority status of Claim No. 5. As grounds for the motion, ADOR states:

1. On or about April 12, 2010, ADOR filed Claim No. 5 in the above-styled Chapter 13 action as a priority claim in the total amount of $15,831.98. The claim represents the Debtor's delinquent 1999, 2001, 2002 and 2003 Alabama income tax liabilities.

2. On or about May 19, 2010, the Debtor filed an objection to the priority status of Claim No. 5 and requested that the Court reclassify the claim as an unsecured debt. ADOR, however, has no record of receipt of the Debtor's objection.

3. By Order dated June 22, 2010, this Honorable Court entered an Order sustaining the Debtor's objection to Claim No. 5, thereby reclassifying the Claim No. 5 as unsecured.

4. Claim No. 5 is entitled to classification as a secured claim. ADOR holds valid pre-petition tax liens concerning the referenced taxes. On June 24, 2009, ADOR entered a tax lien against the Debtor for 1999 Alabama income tax in the amount of $12,528.91. On August 13, 2009, ADOR entered a tax lien against the Debtor for 2001 Alabama income tax in the amount of $914.54. On August 19, 2009, ADOR entered a tax lien against the Debtor for 2002

Alabama income tax in the amount of $1,537.37. Copies of ADOR's liens are attached to this motion and incorporated as if fully set out herein. The liens are recorded at Butler County Probate Court, Judgment Book 32, Pg. 135, Judgment Book 32, Pg. 266 and Judgment Book 32, Pg. 276.

WHEREFORE, pursuant to the authority of Bankruptcy Rules 8002, 9023 and 9024, ADOR requests that the Court set aside its June 22, 2010 Order sustaining Debtor's objection to Claim No. 5. Further, ADOR requests that the Court allow Claim No. 5 as a secured claim based on the afore mentioned liens.

ADOR requests such other, further and different relief as to which it may be entitled.

Respectfully submitted this 28th day of June, 2010.

/s/ Mark Griffin
Mark Griffin
Assistant Counsel,
Department of Revenue
P. O. Box 320001
Montgomery, AL 36132-0001

# CERTIFICATE OF SERVICE

I hereby certify that copies of this Motion were delivered to Counsel for Debtor, Richard B. Shinbaum, Shinbaum, McLeod, and Campbell, P.C., P.O. Box 201, Montgomery, AL 36101-0201, and the Bankruptcy Trustee, Curtis C. Reding, by either U. S. mail or electronically pursuant to the Court's ECM/CF System on this 28th day of June, 2010.

/s/ Mark Griffin
Mark Griffin
Assistant Counsel,
Department of Revenue
P. O. Box 320001
Montgomery, AL 36132-0001



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L1647451392

Tim Russell
Commissioner

Cynthia Underwood
Assistant Commissioner

Lewis A. Easterly
Secretary

June 24, 2009

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
ROYCE T TOLBERT
787 FARMSTEAD RD
GREENVILLE, AL 36037-6574

SSN/EIN: XXX-XX-5506    Filed with: **Butler County**
Tax Type: Individual Income Tax
Tax Period: FY(s) ending 12/31/1999
Account Number: IIT-R005072044
Lien Number: 2144283648

Amount of Lien: $12,528.91

As provided by § 40-1-2 and § 40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:    Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



Tim Russell
Commissioner

# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L1516068096

**Cynthia Underwood**
Assistant Commissioner
**Lewis A. Easterly**
Secretary

August 13, 2009

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
   vs.
ROYCE T TOLBERT
787 FARMSTEAD RD
GREENVILLE, AL 36037-6574

SSN/EIN: XXX-XX-5506                      Filed with: **Butler County**
Tax Type: Individual Income Tax
Tax Period: FY(s) ending 12/31/2001
Account Number: IIT-R005072044
Lien Number: 670354432

Amount of Lien: $914.54

As provided by § 40-1-2 and § 40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:     Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0817545984

Cynthia Underwood
Assistant Commissioner

Lewis A. Easterly
Secretary

Tim Russell
Commissioner

August 19, 2009

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
    vs.
ROYCE T TOLBERT
787 FARMSTEAD RD
GREENVILLE, AL 36037-6574

SSN/EIN: XXX-XX-5506           Filed with: **Butler County**
Tax Type: Individual Income Tax
Tax Period: FY(s) ending 12/31/2002
Account Number: IIT-R005072044
Lien Number: 1757006848

Amount of Lien: $1,537.37

As provided by § 40-1-2 and § 40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:     Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE