# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                         Case No. 10-30644-DHW
                                                              Chapter 13

ROYCE DEWAYNE TOLBERT,

      Debtor

## ORDER VACATING

The Alabama Department of Revenue filed a motion to vacate the June 22, 2010 order sustaining debtor's objection to Claim No. 5.

The motion came on for hearing on July 12, 2010, at which time the debtor had no objection to the motion. Accordingly, it is

ORDERED that the June 22, 2010 order is VACATED, and Claim No. 5 of the Alabama Department of Revenue is ALLOWED as filed.

Done this 13 day of July, 2010.


                    /s/ Dwight H. Williams, Jr.
                    United States Bankruptcy Judge

c: Debtor
  Richard D. Shinbaum, Attorney for Debtor
  Mark D. Griffin, Attorney for the State of Alabama
  Curtis C. Reding, Trustee