UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF DISTRICT OF STATE

In re: §

ROYCE T TOLBERT §
(SSN) XXX-XX-5506
§ CASE NO. 10-30644

DEBTOR §
§

## WITHDRAWAL OF CLAIM NO. 10-30644-5

Comes now the State of Alabama, Department of Revenue, by and through its attorney of record and withdraws its Claim previously filed herein on or about April 1, 2010, in the amount of $15,831.98 for Individual Income Tax for the period(s) 12/31/1999, 12/31/2001, 12/31/2002, 12/31/2003.

DONE this date, August 09, 2010.

*[signature: Mark Griffin]*

_____
Mark Griffin
Assistant Counsel
Alabama Department of Revenue
P.O. Box 320001
Montgomery, AL 36132-0001
334-242-9690